IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROYAL CENTER INC., )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>Case No. 4:23-CV-04674 |

**NOTICE OF SETTLEMENT**

Plaintiff, ERIK GARCIA, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, ROYAL CENTER INC.

Plaintiff and Defendant, ROYAL CENTER INC., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 8th day of March, 2024.

                Law Offices of
                THE SCHAPIRO LAW GROUP, P.L.

                /s/ Douglas S. Schapiro
                Douglas S. Schapiro, Esq.
                Southern District of Texas ID No. 3182479
                The Schapiro Law Group, P.L
                7301-A W. Palmetto Park Rd., #100A
                Boca Raton, FL 33433
                Tel: (561) 807-7388
                Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 8th day of March 2024.

                /s/ Douglas S. Schapiro
                Douglas S. Schapiro, Esq.
                Southern District of Texas ID No. 3182479