IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
|       Plaintiff, | ) |
| | )   CIVIL ACTION |
| vs. | ) |
| | )   Case No. 4:23-CV-04674 |
| ROYAL CENTER INC., | ) |
|       Defendant. | ) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ERIK GARCIA and Defendant, ROYAL CENTER INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 6th day of April, 2024.

                                      Law Offices of
                                      THE SCHAPIRO LAW GROUP, P.L.

                                      /s/ *Douglas S. Schapiro*
                                      Douglas S. Schapiro, Esq.
                                      Southern District of Texas ID No. 3182479
                                      The Schapiro Law Group, P.L.
                                      7301-A W. Palmetto Park Rd., #100A
                                      Boca Raton, FL 33433
                                      Tel: (561) 807-7388
                                      Email: schapiro@schapirolawgroup.com

                                      Attorney for Plaintiff

        */s/ Daniel K. Craddock*
        Daniel K. Craddock, Esq.
        Texas Bar No. 04969600
        Craddock Massey LLP
        1715 S. Capital of Texas Highway, Suite 101
        Austin, TX  78746
        Tel:  512-485-7920
        Email:  dcraddock@craddockmassey.com

        Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro
        Southern District of Texas ID No. 3182479